IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DEMARKUS BRADLEY, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED                                                                PLAINTIFF

V.                                                                         NO. 3:20-CV-640-TSL-RPM

VIKING INSURANCE COMPANY OF
WISCONSIN                                                                          DEFENDANT

## NOTICE OF APPEARANCE

Blythe K. Lollar of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, hereby enters her appearance as counsel of record for Viking Insurance Company of Wisconsin.

This the 15th day of October, 2020.

        Respectfully submitted,

        VIKING INSURANCE COMPANY OF WISCONSIN

        By Its Attorneys,
        BAKER, DONELSON, BEARMAN,
         CALDWELL &   BERKOWITZ, P.C.

        By: /s/ Blythe K. Lollar
           BLYTHE K. LOLLAR

William N. Reed (MSB No. 4689)
Blythe Lollar (MSB No. 104554)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400 (ZIP 39211)
P. O. Box 14167
Jackson, Mississippi 39236
Telephone: 601.351.2400 / Facsimile: 601.351.2424
wreed@bakerdonelson.com
blollar@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 15th day of October, 2020.

>  */s/ Blythe K. Lollar*
>  BLYTHE K. LOLLAR

4847-5150-2286v1
9600000-000100